# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:11CR196 |
| v. | § | |
| | § | |
| URIEL RAYO NAVARRO (9) | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge. On July 26, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress Evidence (Dkt. 817) be DENIED.

There being no objections by Defendant,[1] the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Motion to Suppress Evidence (Dkt. 817) is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this the 9th day of August, 2013.**

*Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1]Based on an agreement of the parties, the time period to object was shortened in this matter. *See* Dkt. 922 at 8. No objections were filed by the court's shortened deadline.