# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 18, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Uriel Rayo Navarro
           v. United States
           No. 15-8548
           (Your No. 14-40046)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 19, 2016

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 14-40046   USA v. Melvin Benitez, et al
                         USDC No. 4:11-CR-196-26

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Charlene A. Vogelaar, Deputy Clerk
                                  504-310-7648